# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Lloyd Landman et al | CASE NUMBER |
|---|---|
| v.  PLAINTIFF(S) | 2:18-cv-00471 AB(JCx) |
| Comerica Bank | ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 16-05 (RELATED CASES) |
| DEFENDANT(S). | |

## CONSENT

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to General Order 16-05.

_1/30/18_                                  Dolly M. Gee  _/s/ Dolly M. Gee_
Date                                       United States District Judge

## DECLINATION

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth:

_____
_____
_____
_____

_____                              _____
Date                                        United States District Judge

## REASON FOR TRANSFER AS INDICATED BY COUNSEL

Case  _2:18-cv-00103 DMG(KSx)_  and the present case:

- [✓] A. Arise from the same or closely related transactions, happenings or events; or
- [✓] B. Call for determination of the same or substantially related or similar questions of law and fact; or
- [ ] C. For other reasons would entail substantial duplication of labor if heard by different judges; or
- [ ] D. Involve one or more defendants from the criminal case in common, and would entail substantial duplication of labor if heard by different judges (applicable only on civil forfeiture action).

## NOTICE TO COUNSEL FROM CLERK

Pursuant to the above transfer, any discovery matters that are or may be referred to a Magistrate Judge are hereby transferred from Magistrate Judge _Chooljian_ to Magistrate Judge _Stevenson_.

On all documents subsequently filed in this case, please substitute the initials _DMG(KSx)_ after the case number in place of the initials of the prior judge, so that the case number will read _2:18-cv-00471 DMG(KSx)_. This is very important because the documents are routed to the assigned judges by means of these initials

cc: [ ] Previous Judge     [ ] Statistics Clerk

CV-34 (10/16)          ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 16-05 (Related Cases)